IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3089 |
| vs. | ORDER |
| NICOLE L. DELGADO, | |
| Defendant. | |

IT IS ORDERED:

1. The defendant's motion to continue (filing 19) is granted.

2. The proposals to the probation office and motions to the Court set forth in Paragraph 6 of the Court's Order on Sentencing Schedule (filing 11) shall be filed on or before November 30, 2018.

3. The Court's tentative sentencing findings shall be filed on or before December 6, 2018.

4. Sentencing is continued to December 13, 2018 at 3:00 p.m. in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard.

Dated this 3rd day of November, 2018.

BY THE COURT:

John M. Gerrard
Chief United States District Judge